In the Matter of the Application of the Officers, etc., of the A. B. Taylor Company. — Order affirmed on opinion of Barrett, J.

James A. Duston, *Appellant*, *v.* John F. Wallace, *Respondent.* — Judgment affirmed.

Mary Bretzfield, *Appellant*, *v.* Maria Hayes and others, *Respondents.* — Judgment affirmed on opinion of Beach, J.

Ezra B. Weston *v.* Moses Chamberlain. — Judgment affirmed, on opinion of referee Bosworth.

Peter T. Masterson, *Respondent*, *v.* The Mayor, etc., of the City of New York, *Appellant.* — Order affirmed, with ten dollars costs and disbursements, on opinion of Barrett, J.

The People of the State of New York, *Respondent*, *v.* Vincenzi Maschke, *Appellant.* — Order affirmed. Opinion by Daniels, J.

Manly N. Cutter, *Respondent*, *v.* Cora Morris, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

The Gutta Percha Rubber Company *v.* Martin McMahon and another. — Judgment affirmed, with costs.

Samuel Bernstein, *Respondent*, *v.* Frederick Gwindler and another, *Appellants.* — Judgment affirmed. Opinion *per Curiam.*

David Brooks, *Respondent*, *v.* The Western Electric Manufacturing Company, *Appellant.* — Order reversed and action referred to Hamilton Odell, according to the agreement of the parties; costs of the motion and appeal to abide event of action.

Peter Bowe *v.* Douglass Campbell. — Judgment affirmed on opinion of Van Vorst, J., and on authority of *Flack* v. *State of New York* (29 Hun, 286).

In the Matter of Aldris L. Waite. — Order affirmed, with ten dollars costs and disbursements.

W. W. Norris *v.* H. D. Norris. — Motion denied, without costs.

Ambrose J. Agate *v.* Ann E. Agate. — Motion denied, without costs.

Margaret J. Wilmerding *v.* John McKesson. — Judgment modified as asked for in the motion if the parties can agree on the amount.

William H. Coffin, *Respondent*, *v.* J. W. Still, *Appellant.* — Motion for reargument denied, with ten dollars costs.

Adolph Schalk *v.* The Brewers and Maltsters' Insurance Company — Petition of receiver for leave to pay granted.

Alfred L. Simonson *v.* William Elmer. — Motion denied, with ten dollars costs and disbursements.

Joseph Andrade *v.* Samuel Cohen. — Motion denied, with ten dollars costs. (See Memoranda.)

Thomas J. Pope *v.* George A. Potter. — Motion for reargument denied.